

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00223-CV

| | | |
|---|---|---|
| SHAWN M. ROBERTS, Appellant | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-647109-18) |
| V. | § | November 19, 2020 |
| CRYSTAL J. ROBERTS, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment dismissing Appellant Shawn M. Roberts case for want of prosecution is reversed, and the case is remanded to the trial court for further proceedings.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr